UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Equal Employment Opportunity Commission, et al.
                              Plaintiff,

v.                                                                     Case No.: 1:10−cv−06139

                                                                               Honorable John Z. Lee

DHL Express (USA), Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 18, 2017:

      MINUTE entry before the Honorable John Z. Lee: Status hearing held on 7/18/17. For the reasons stated on the record, DHL's motion to strike the new expert report of Dr. Thomas Diprete [296] is granted. DHL's reply to the motion for summary judgment shall be due by 8/14/17.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.