# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> And <br><br> REGINALD BAILEY, et al., <br> Plaintiff-Intervenors, <br> v. <br><br> DHL EXPRESS (USA), INC., <br><br> Defendant. | Case No. 1:10-cv-06139 <br><br> Judge Andrea R. Wood |

## DHL'S UNOPPOSED MOTION TO ALLOW LEAD TRIAL COUNSEL TO APPEAR TELEPHONICALLY

Defendant DHL Express (USA), Inc. ("DHL") respectfully moves this Court to enter an order allowing co-lead trial counsel Richard B. Lapp to appear telephonically at the May 25, 2023 hearing. In support of this Motion, DHL states as follows:

1. On May 3, 2023, this matter was reassigned to Judge Andrea R. Wood. (Dkt. #492.) On May 4, 2023, this Court set this matter for an in-person status hearing on May 25, 2023. (Dkt. #493.) On May 16, 2023, the parties filed a Joint Reassignment Status Report. (Dkt. #494.)

2. DHL's co-lead trial counsel Camille Olson and Richard Lapp both have a confidential professional matter previously scheduled for in person attendance outside of Illinois on May 25, 2023, and through June 6, 2023.

3. DHL desires that one of its lead trial counsel appear at the status hearing before this Court given the procedural posture of the case.

4. Accordingly, DHL requests that the Court allow Richard B. Lapp to appear and participate telephonically at the May 25, 2023 hearing. DHL will have additional trial counsel appearing in person at the status hearing.

5. On May 22, 2023, DHL's counsel conferred with counsel for the EEOC and Plaintiff-Intervenors and they do not have an objection to this Motion.

WHEREFORE, Counsel respectfully requests that this Court enter an order allowing co-lead trial counsel Richard B. Lapp to appear telephonically at the May 25, 2023 hearing.

DATED: May 22, 2023

Respectfully submitted,

DHL EXPRESS (USA), INC.

By: /s/ *Richard B. Lapp*
     Richard B. Lapp

Camille Annette Olson
Richard Burk Lapp
Uma Chandrasekaran
Mathew James Gagnon
Paul John Yovanic, Jr.
colson@seyfarth.com
rlapp@seyfarth.com
uchandrasekaran@seyfarth.com
mgagnon@seyfarth.com
pyovanic@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

*Attorneys for Defendant DHL Express (USA), Inc.*

## CERTIFICATE OF SERVICE

I certify that, on May 22, 2023, I electronically served a copy of this document on Plaintiff's counsel via the CM/ECF system.

*/s Richard B. Lapp*
Richard B. Lapp