# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Equal Employment Opportunity Commission,<br>　　　　Plaintiff, | )<br>)<br>) |
| and | ) Case No. 1:10-cv-06139<br>) |
| Reginald Bailey et al,<br>　　　　Plaintiff-Intervenors, | )<br>) Judge Andrea R. Wood<br>) |
| v. | )<br>) |
| DHL Express (USA), Inc., | ) Magistrate Judge Jeffrey T. Gilbert<br>) |
| 　　　　Defendant. | |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT DHL EXPRESS (USA), INC.

I, Mathew J. Gagnon of the law firm Ogletree, Deakins, Nash, Smoak & Stewart, P.C. (Ogletree Deakins) respectfully move to withdraw my Appearance in the above-captioned matter on behalf of Defendant, DHL Express (USA), Inc., pursuant to Local Rule 83.17, which allows withdrawal after obtaining leave of the Court. Defendant will continue to be represented by Counsel at Seyfarth Shaw, LLP.

**DATED:** MARCH 20, 2025

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By:　　*/s/ Matthew J. Gagnon*
　　　　　　　　　　　　　　　　　　　One of the Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　DHL Express (USA), Inc.

Matthew J. Gagnon (ARDC No. 6307491)
**OGLETREE, DEAKINS, NASH,**
**　SMOAK & STEWART, P.C.**
155 North Wacker Drive, Suite 4300
Chicago, IL 60606
Telephone: 312.558.1220
matthew.gagnon@ogletree.com